**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

| | |
|---|---|
| **NAOMI REICE BUCHWALD**<br>**UNITED STATES DISTRICT JUDGE** | (212) 805-0194 |

March 24, 2025

Arkady Bukh
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235

Bradley I. Ruskin
Jordan Blake Leader
Proskauer Rose LLP (NYC)
11 Times Square
New York, NY 10036

### Re: Tsurenko v. WTA Tour, Incorporated et. al.
### 24 Civ. 8518 (NRB)

Dear Counsel:

The Court is in receipt of the defendants' letter requesting a pre-motion conference, ECF No. 15, and plaintiff's response, ECF No. 16. Defendants' letter references an "Annual Player Form" that plaintiff "executed multiple times" as well as the "WTA By-Laws" which plaintiff "agree[d] to be bound by." ECF No. 15 at 1.

The Court directs the parties to file, by April 2, 2025: (a) copies of the Annual Player Form that plaintiff executed and (b) the operative set of WTA By-Laws.

Very truly yours,

_Naomi Reice Buchwald_
Naomi Reice Buchwald
United States District Judge