# BUKH LAW PA

Counselors at law

1123 Avenue Z, Brooklyn, New York 11235
Telephone: (718) 376-4766
Facsimile: (718) 376-3033
Email: honorable@usa.com

April 2, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Lesia Tsurenko v. WTA Tour, Inc. and Steve Simon, Case No. 24-cv-08518-NRB

Dear Judge Buchwald:

Our firm represents Plaintiff Lesia Tsurenko in this case. This letter is submitted in response to the Court's Order dated March 24, 2025, Dkt. No. 17, directing the parties "to file, by April 2, 2025: (a) copies of the Annual Player Form that plaintiff executed and (b) the operative set of WTA By-Laws."

Ms. Tsurenko informed the undersigned that she is not in possession or control of the requested documents. Moreover, upon request from the undersigned, she has made several attempts to obtain copies of the Annual Player Form from the WTA, but her requests were ignored. See Exhibit 1.

                                      Respectfully,

                                      s/ Arkady Bukh
                                      _____

cc: Counsel of Record (via ECF)