**Від:** Tsurenko Lesia <lesiatsurenko@hotmail.com>
**Дата:** 31 березня 2025 р. о 15:40:59 GMT+2
**Кому:** TourOps@wtatennis.com
**Копія:** CMcBride@wtatennis.com
**Тема: Annual forms**

Hello!
Can I please send me my signed annual forms for 2022-2024 years.

Thanks in advance
Lesia
Надіслано з iPhone