```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
LESIA TSURENKO,

                Plaintiff,
                                                    ORDER
        - against -
                                              24 Civ. 8518 (NRB)
WTA TOUR, INCORPORATED and STEVE
SIMON,

                Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' submissions, ECF Nos. 15, 16, 18, 19, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, she can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motion.  Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order.

If an amended complaint is timely filed, defendants are required to inform the Court within two weeks whether they still intend on making the contemplated motion.  If defendants pursue the motion, the parties should confer on, and submit to the Court for approval, a briefing schedule agreeable to both sides, in which

no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply.

      **SO ORDERED.**

Dated:    New York, New York
           April 3, 2025

                                      NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE