

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

April 30, 2025

Jordan B. Leader
Senior Counsel
d +1.212.969.3922
f 212.969.2900
jleader@proskauer.com
www.proskauer.com

Via ECF

The Honorable Naomi Reice Buchwald
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Lesia Tsurenko v. WTA Tour, Inc. and Steve Simon,* Case No. 24-cv-08518- NRB

Dear Judge Buchwald:

We represent Defendants WTA Tour, Inc. and Steve Simon in the above-referenced matter. Pursuant to Your Honor's April 3, 2025 Order (the "Order," ECF No. 20), we write to inform the Court that Defendants intend to file a motion to dismiss Plaintiff's Amended Complaint (ECF No. 21). Defendants will meet and confer with Plaintiff on a briefing schedule in accordance with the guidelines set forth in the Order and expect to submit the proposed briefing schedule shortly.

Respectfully submitted,

*[signature]*

Jordan B. Leader

cc: Counsel of Record