UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LESIA TSURENKO,

                                                                                                   Case No. 24-cv-08518-NRB

                      Plaintiff,

-against-

WTA TOUR, INC. AND STEVE SIMON,

                      Defendants.

-------------------------------------------------------------------X

## DECLARATION OF ARKADY BUKH

      ARKADY BUKH, Esq., pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that:

      1.     I am a principal of Bukh Law PA, attorneys for Plaintiff LESIA TSURENKO, and am familiar with the facts and circumstances set forth in this Declaration. I submit this Declaration, Memorandum of Law, and the attached exhibits, in opposition to Defendants WTA Tour, Inc. ("WTA") and Steve Simon ("Defendants") Motion, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint.

      2.     Attached hereto as Exhibit 1 is a true and correct copy of Complaint filed in this matter.

      3.     Attached hereto as Exhibit 2 is a true and correct copy of the WTA 2024 Official Rulebook.

2

      4.      Attached hereto as Exhibit 3 is a true and correct copy of Amended Complaint filed in this matter.

      5.      Attached hereto as Exhibit 4 is a true and correct copy of the By-Laws of WTA Tour Inc.

      6.      Attached hereto as Exhibit 5 is a true and correct copy Plaintiff's 2024 Annual Player Form.

      7.      Attached hereto as Exhibit 6 is a true and correct copy of Letter to the Court dated April 2, 2025.

WHEREFORE, it is respectfully requested that this Court deny Defendants' Motion to Dismiss in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2025              s/Arkady Bukh
                                                      _____

                                                                      Arkady Bukh, Esq.