**BUKH LAW PA**
1123 Ave. Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033

VIA ECF                                    August 13, 2025

The Honorable Naomi Reice Buchwald
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Lesia Tsurenko v. WTA Tour, Inc. and Steve Simon, Case No. 24-cv-08518-NRB

      Dear Judge Buchwald:

      Our firm represents Plaintiff Lesia Tsurenko ("Plaintiff") in this case. Plaintiff submits this letter pursuant to Rule 2(C)(5) of Your Honor's Individual Practices, to request oral argument regarding Defendants' Motion to Dismiss the Amended Complaint.   Please note that Defendants also requested oral argument. ECF. No. 30.

      Respectfully,

      s/ Arkady Bukh

      _____

cc: Counsel of Record (via ECF)