**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 LESIA TSURENKO,

                              Plaintiff,

             -against-                                       24 **CIVIL** 8518 (NRB)

                                                             **JUDGMENT**

WTA TOUR, INCORPORATED and STEVE
SIMON.,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated March 25, 2026, the Court grants defendants

motion to dismiss. Accordingly, the case is closed.

**Dated:** New York, New York

        March 25, 2026

                                                **TAMMI M. HELLWIG**
                                    _____
                                                **Clerk of Court**

                          **BY:**

                                    _____
                                                **Deputy Clerk**