Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 7, 2026

Via ECF

Jordan B. Leader
Senior Counsel
d +1.212.969.3922
f 212.969.2900
jleader@proskauer.com
www.proskauer.com

The Honorable Naomi Reice Buchwald
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Lesia Tsurenko v. WTA Tour, Inc. and Steve Simon*
>        Case No. 24-cv-08518-NRB

Dear Judge Buchwald:

We represent Defendants WTA Tour, Inc. and Steve Simon in the above-referenced matter and write to request an extension of the deadline for Defendants to file a motion for attorneys' fees and costs. Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, the current deadline for the motion is April 8, 2026. Due to Counsel's longstanding vacation plans and other commitments, Defendants respectfully request that the deadline to file such motion be extended to April 29, 2026. We have conferred with Plaintiff's counsel and Plaintiff consents to the requested extension.

This is the first request for an extension with respect to this motion. No other scheduled dates will be affected by the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

Jordan B. Leader

cc:    Counsel of Record

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    April 8, 2026
          New York, New York